**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Margaret N.,

vs.                                              Case No. 2:23-cv-441

Commissioner of Social Security,          **Judge Michael H. Watson**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the April 11, 2023 Order, the Court REVERSES the decision of the Commissioner of the Social Security Administration in this case and REMANDS this case to the Commissioner of the Social Security Administration for further proceedings pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

Date:  **April 11, 2023**          **Richard Nagel, Clerk**

        s/ Jennifer Kacsor

        By Jennifer Kacsor/Courtroom Deputy